MEMORANDUM OPINION



No. 04-08-00707-CR



Marcos GARZA, Jr.,


Appellant



v.



The STATE of Texas,


Appellee



From the 381st Judicial District Court, Starr County, Texas


Trial Court No. 07-CR-297


Honorable Jose Luis Garza, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Karen Angelini, Justice

 Marialyn Barnard, Justice


Delivered and Filed: March 25, 2009


DISMISSED

 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted, and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH